Charles L. McPartlin, Successor Trustee, Appellee, v. Dora Carlson et al., Defendants.
Charles L. McPartlin, Appellee, v. Anna Boddiker et al., Respondents.
Appeal of Anna Boddiker, Appellant.

Gen. No. 40,856.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940. Harry A. Biossat, for appellant; Ross S. Welch, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."